# EXHIBIT 1

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of New York

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | Case No. |
| *or identify the person by name and address)* ) | |
| (1) 615 Fort Washington Ave., Apt. 5G, NY, NY 10040; ) | |
| (2) 34 West 76th St., Apt. 10, NY, NY 10023; and (3) ) | |
| the Person Joseph Bolanos ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Southern_____ District of _____New York_____
*(identify the person or describe the property to be searched and give its location)*:

   See Attachment A and Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

18 U.S.C. §§ 1512(c)(2) (obstruction of Congress); 231 (civil disorders), 371 (conspiracy); 372 (conspiracy to impede/assault federal agents); 2101 (interstate travel to participate in riot); 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds)

**YOU ARE COMMANDED** to execute this warrant on or before _____February 24, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____magistrate judge on duty_____ .
                                                                                        *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     02/10/2021 6:06 pm                    *Gabriel W. Gorenstein*
                                                                                        *Judge's signature*

City and state:   New York, New York                    Hon. Gabriel W. Gorenstein, USMJ
                                                                                        *Printed name and title*

## Attachment B

*Property to Be Seized*

### A. Evidence, Fruits, and Instrumentalities of the Subject Offenses

1.      The items to be seized are fruits, evidence, information, contraband, or instrumentalities, in whatever form and however stored, relating to violations of 18 U.S.C. §§ 1512(c)(2) (obstruction of Congress); 231 (civil disorders); 371 (conspiracy); 372 (conspiracy to impede/assault federal agents); 2101 (interstate travel to participate in riot); and 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds) (the "Subject Offenses") that have been committed by Joseph BOLANOS (the "Target Subject") and other identified and unidentified individuals, including but not limited to:

   a. Evidence concerning planning to unlawfully enter the U.S. Capitol, including any maps or diagrams of the building or its internal offices;

   b. Evidence concerning unlawful entry into the U.S. Capitol, including any property of the U.S. Capitol;

   c. Evidence concerning awareness of the official proceeding that was to take place at Congress on January 6, 2021, i.e., the certification process of the 2020 Presidential Election;

   d. Evidence concerning efforts to disrupt the official proceeding that was to take place at Congress on January 6, 2021, i.e., the certification process of the 2020 Presidential Election;

   e. Evidence relating to a conspiracy to illegally enter and/or occupy the U.S. Capitol Building on or about January 6, 2021;

   f. Evidence concerning the breach and unlawful entry of the United States Capitol, and any conspiracy or plan to do so, on January 6, 2021;

   g. Evidence concerning the riot and/or civil disorder at the United States Capitol on January 6, 2021;

   h. Evidence concerning the assaults of federal officers/agents and efforts to impede such federal officers/agents in the performance of their duties the United States Capitol on January 6, 2021;

 

This search and seizure may occur during the daytime, that is after 6:00 am and before 10:00 pm.

*Person to Be Searched*

3.      The person to be searched is Joseph BOLANOS, including any personal effects, cellphones, and electronic devices within the possession, custody, and control of BOLANOS at the time of the execution of this warrant, upon the following condition: BOLANOS is located in the Southern District of New York at the time of the execution of the warrant.

This warrant authorizes law enforcement personnel to:

   a.   press or swipe the fingers (including thumbs) of BOLANOS against the
        fingerprint scanner of the device;

   b.   hold BOLANOS in place while holding the device in front of his face to activate
        the facial recognition feature; and/or

   c.   hold BOLANOS in place while holding the device in front of his face to activate
        the iris recognition feature, for the purpose of attempting to unlock the device in
        order to search the contents as authorized by this warrant.

2

FD-597 (Rev. 4-13-2015)                                                              Page _____ of ____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _176-NY-3379232_

On (date) _2/11/21_                    item (s) listed below were:
                                       ☒ Collected/Seized
                                       ☐ Received From
                                       ☐ Returned To
                                       ☐ Released To

(Name) _Joseph Bolanos_

(Street Address) _34 West 76th Street, Apt #10_

(City) _New York  NY_

Description of Item (s): _Drive enclosures clothing, papers/letter, Ipads, notebook, USB Drive, apple computer, Laptop, Hard Drive_

_nothing further 2/11/2021_

Received By: _no one present_     Received From: _____
            (Signature)                          (Signature)

Printed Name/Title: _NATHAN RUDNICK / FBI SPECIAL AGENT_    Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date)  2/11/21 _____

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) _____

(Street Address) ___ 615 Fort Washington Ave, Apt 5G, New York, NY ___

(City) ___ New York , NY ___

Description of Item (s): _____

- 3 Phones
- 5 USB
- 4 computing devices
- 5 laptop/tablet computer
- 2 external hard (drives)
- 11 hard drives/micro SD
- misc papers/wallet
- 1 laptop

Received By: _____(Signature)_____   Received From: _____ (Signature)

Printed Name/Title: __ SA Robbin __   Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 176-NY-3379232

On (date) 06/30/2022

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☒ Returned To
- ☐ Released To

(Name) Joseph Bolanos

(Street Address) 34 W 76th St, APT 10.

(City) New York, NY 10023

Description of Item (s):
- Sandisk Cruzer USB SN BP19012655
- WD Elements My Passports SN WXC1A499KYXX
- WD Elements Drive Enclosure S/N 2SG361TW
- Silver Dell Laptop FCC ID PPD-QCNFA324
- Apple Mac Min White SN GF9291VC2UP (and cord)
- Apple Mac Min Silver SN D2HLSO5HF9W
- Sandisk Cruzer 128 GB SN. BP19012655IB
- Red Spiral Notebook w/ writing
- Asus Eee PC1000H SN 89CAAQ206416 (w/ case and charger)
- iPad SN F8GPF003FCM and Pad SN F9X13GPG4KJ
- One Baofeng Radio UV-5RV2+ and One Baofeng Radio UV-5R
- Westn Letter to guest
- Envelope from the B.berg Family
- Black jacket, black sweatpants, American flag scarf, grey hat
- WD Elements Drive Enclosure SN WCAU1348481
- Apple Pro Model A1397 SN DKVJJOEADJHG
- Sandisk USB Drive 32 GB S/N BM20157454W
- Green USB Micro SD Adapter contains Sandisk 128GB Micro SD
- Plastic Case containing 3 SD cards and adapter

Received By: _[signature]_
(Signature)

Printed Name/Title: JOSEPH BOLANOS

Received From: _[signature]_
(Signature)

Printed Name/Title: SA Nicholas Satwicz

G

FD-597 (Rev. 4-13-2015)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 176 - NY - 3379232

On (date): 06/30/2022

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☒ Returned To
- ☐ Released To

(Name) Joseph Bolanos

(Street Address) 34 W. 76th St, APT 10

(City) New York, NY 10023

Description of Item (s): - Western Digital Easystore External Hard Drive SN: WX22D0D2AKM
- Printout of emails and spreadsheets
- Uniden Radio Model BCD436HP #376Z08000369 and Uniden Radio Model BC125AT #370Z48016424
- Western Digital Elements External Hard Drive SN: WXW1A39CCJOD
- Western Digital Elements External Hard Drive SN: WX11D99C5L43
- Black and Blue G Technology External Hard Drive 4TB SN: WX410292146U
- Black and Blue G Technology External Hard Drive 4TB SN: WXN1E59AK1Z2
- Apple iPhone Model A1897 IMEI: 352977091529837 w/ case
- Black Samsung Model SM-J327T IMEI 352002093460020
- Amtrak Ticket for Joseph Bolanos from Washington DC to NY (07JAN21)
- Northface backpack w/ zip ties, hat, gaiter, wire cutter, camera accessories, electrical tape, receipt
- Apple laptop model A1278 SN: DX1MH08NFSWW w/ charger
- Silver Apple laptop model A2179 SN: CO2DG325MCKG
- Apple iPad Model A2133 SN: DMPYRCU5LM99 w/ black + gray case
- Black and white lexar USB Device 128G
- Black and white lexar USB Device 128GB w/ writing on exterior

Received By: _[signature]_
(Signature)

Printed Name/Title: JOSEPH BOLANOS

Received From: _[signature]_
(Signature)

Printed Name/Title: SA Nicholas Satwicz

FD-597 (Rev. 4-13-2015)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 176 - NY - 3379232

On (date) 06/30/2022

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☒ Returned To
- ☐ Released To

(Name) Joseph Bolanos

(Street Address) 34 W 76th St, APT 1C

(City) New York, NY 10023

Description of Item (s): - Black + Silver Ace Model T11 Windows 10 Pro Min. PC
SN 33053099 46060
- Black + Blue G technology external hard drive 4TB
- Black camera w/ black MicroSD 32 GB
- Blue Vogek USB Device
- Black SanDisk Cruzer Glide 32GB
- Black 42 w/ Samsung Evo Select Micro SD
- Black + Red Insta 360 camera w/ black case, 2 lenses 2 lens covers
  headphones
- Black and red Insta360 camera w/ black case + lens cover
- Black body camera
- Black Samsung mobile device in black case

Received By: _[signature]_
Printed Name/Title: BOLANOS

Received From: _[signature]_
Printed Name/Title: SA Nicholas Satw.cz