UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                              :
JOSEPH BOLANOS,                                               :
                                                              :
                                 Plaintiff                    :
                                                              :                24-CV-1011 (VSB)
                 -against-                                    :
                                                              :                **ORDER**
                                                              :
THE CITY OF NEW YORK,                                         :
SEAN J. QUEALY, NATHAN RUDNICK,                               :
and JOHN and JANE DOES 1-10,                                  :
                                                              :
                                 Defendants.                  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Individual Defendants Nathan Rudnick and Sean Quealy's motion to dismiss the Complaint. (Doc. 30.) To date, I have not received Plaintiff's brief in opposition to the Individual Defendants' motion to dismiss, despite such opposition being due on or before October 28, 2024. (*See* Doc. 29.) If Plaintiff does not submit an opposition to the Individual Defendants' motion by November 18, 2024, I will consider the Individual Defendants' motion unopposed, and will decide the motion without the benefit of Plaintiff's opposition. If Plaintiff files the opposition brief on or before November 18, 2024, then the Individual Defendants' reply brief is due on or before December 11, 2024.

SO ORDERED.

Dated:   October 29, 2024
              New York, New York

                                                                      Vernon S. Broderick
                                                                       United States District Judge