

# THE MCBRIDE LAW FIRM, PLLC

## JOSEPH D. MCBRIDE, ESQ.
*Attorney and Counselor at Law*
305 BROADWAY, SUITE 700
NEW YORK, NY 10007

November 17, 2024

**Via ECF**
The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
New York, NY 10007-1312

     *Re: Bolanos vv. City of New York*, 24-cv-01011 (VSB)

Your Honor:

     I represent Joseph Bolanos in the above-referenced matter. Mr. Bolanos recently informed me that he would like to retain new counsel. As such, I respectfully request a thirty-day extension to allow Mr. Bolanos to retain new counsel and respond to Defendants Nathan Rudnick and Sean Quealy's motions to dismiss. I am also asking for permission to withdraw from this case.

     Yesterday, I contacted opposing counsel to obtain their consent regarding these requests. Today, opposing counsel informed me that although they take no position on my withdrawal motion, they do not consent to allowing Mr. Bolanos more time to oppose their motions.

     The circumstances surrounding the lateness of this motion were genuinely unavoidable. Even so, I sincerely apologize for the lateness of this request. Mr. Bolanos is a senior citizen with several infirmities who deserves another chance to answer opposing counsel's motions. As such, I respectfully ask that this Honorable Court grant my request.

Respectfully submitted,

JOSEPH D. MCBRIDE
*Attorney for Joseph Bolanos*

cc:  Rebecca Salk (*via ECF*)
     Anumeha Tanya (*via ECF*)