```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
  JOSEPH BOLANOS,                                        :
                                                         :
                              Plaintiff                  :
                                                         :           24-CV-1011 (VSB)
                    -against-                            :
                                                         :              ORDER
  THE CITY OF NEW YORK,                                  :
  SEAN J. QUEALY, NATHAN RUDNICK,                        :
  and JOHN and JANE DOES 1-10,                           :
                                                         :
                              Defendants.                :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  I am in receipt of Defendant City of New York's motion to dismiss the Complaint. (Doc. 38.) To date, I have not received Plaintiff's brief in opposition to the Defendant City of New York's motion to dismiss, despite such opposition being due on or before November 8, 2024. *See* Local Civil Rule 6.1(b).

  I also have not received Plaintiff's brief in opposition to Individual Defendants Nathan Rudnick and Sean Quealy's motion to dismiss, despite such opposition being due on or before December 2, 2024. (Doc. 42.)

  If Plaintiff does not submit oppositions to Defendant City of New York's and Individual Defendants Nathan Rudnick and Sean Quealy's motions by December 9, 2024, I will consider those motions unopposed, and will decide the motions without the benefit of Plaintiff's opposition. If Plaintiff files the opposition briefs on or before December 9, 2024, then Defendants' reply briefs are due on or before December 16, 2024.

Separately, if Plaintiff's counsel Mr. Joseph D. McBride still seeks to withdraw from this case, he is instructed to file a motion for withdrawal pursuant to Local Civil Rule 1.4.

SO ORDERED.

Dated:   December 3, 2024
         New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge