UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

JOSEPH BOLANOS,

        Plaintiff,

     -v-                                No.  24-CV-01011-LTS

CITY OF NEW YORK,
SEAN J. QUEALY,
NATHAN RUDNICK, and
JOHN AND JANE DOES 1-10

        Defendants.

--------------------------------------------------------x

<u>ORDER</u>

In an Order dated March 31, 2026, the Court granted Plaintiff leave to file a motion to amend within thirty days of the issuance of that Order to amend his Section 1983 claims against the City and the John and Jane Does.  (Docket entry no. 47.)  As stated in the Order, because Plaintiff has failed to file a motion for leave to amend within the allotted time, Plaintiff's remaining Section 1983 claims are dismissed with prejudice, and the Clerk of Court is respectfully directed to enter judgment and close this case.

     SO ORDERED.

Dated: New York, New York

     June 9, 2026

                                /s/ Laura Taylor Swain

                                LAURA TAYLOR SWAIN

                                Chief United States District Judge