UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH BOLANOS,

                    Plaintiff,

          -against-

CITY OF NEW YORK,
SEAN J. QUEALY,
NATHAN RUDNICK, and
JOHN AND JANE DOES 1-10,

                    Defendants.

24cv1011 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 9, 2026, order, and in an Order dated March 31, 2026,

the Court granted Plaintiff leave to file a motion to amend within thirty days of the issuance of

that Order to amend his Section 1983 claims against the City and the John and Jane Does.

(Docket entry no. 47.) As stated in the Order, because Plaintiff has failed to file a motion for

leave to amend within the allotted time, Plaintiff's remaining Section 1983 claims are dismissed

with prejudice.

SO ORDERED.


 Dated:    June 10, 2026
           New York, New York


                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                        Chief United States District Judge